FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

1  BENJAMIN C. MIZER
   Principal Deputy Assistant Attorney General
2  EILEEN M. DECKER
   United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division
   DAVID K. BARRETT
5  Assistant United States Attorney
   Chief, Civil Fraud Section
6  DONALD W. YOO (SBN 227679)
   Assistant United States Attorney
7       Room 7516, Federal Building
        300 N. Los Angeles Street
8       Los Angeles, California 90012
        Tel: (213) 894-3994
9       Fax: (213) 894-7819
        Email: donald.yoo@usdoj.gov
10 MICHAEL D. GRANSTON
   DAN ANDERSON
11 ARTHUR S. DI DIO
   Attorneys, Civil Division
12 United States Department of Justice
        601 D. Street, N.W., Room 9142
13      Washington, D.C. 20004
        Tel: (202) 307-0275
14      Fax:(202) 307-3852
        Email:  arthur.di.dio@usdoj.gov
15 Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>Plaintiff[s],<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendant[s]. | No. CV14-8961-PA (SSx)<br><br>**THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE: UNSEALING**<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE: UNSEALING] |

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
DONALD W. YOO (SBN 227679)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3994
    Fax: (213) 894-7819
    Email: donald.yoo@usdoj.gov
MICHAEL D. GRANSTON
DAN ANDERSON
ARTHUR S. DI DIO
Attorneys, Civil Division
United States Department of Justice
    601 D. Street, N.W., Room 9142
    Washington, D.C. 20004
    Tel: (202) 307-0275
    Fax:(202) 307-3852
    Email: arthur.di.dio@usdoj.gov
Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID VATAN, MD,<br><br>    Plaintiffs,<br><br>v.<br><br>QTC MEDICAL SERVICES, INC.; LOCKHEED-MARTIN CORPORATION; JOHN DOES #1-10, FICTICIOUS NAMES,<br><br>    Defendants. | No. CV14-8961-PA (SSx)<br><br>**THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE: UNSEALING**<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE: UNSEALING] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America hereby notifies the Court of its decision not to intervene in the above-captioned action at this time. The United States reserves its right to intervene in this action for good cause at a later date. 31 U.S.C. § 3730(c)(3).

Although the United States declines to intervene at this time, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States, provided that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." The United States also has the right to a hearing on objections to any settlement or dismissal of the action. *See United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 724-25 (9th Cir. 1994). Therefore, the United States requests that, should the relator and/or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court provide the United States with notice and an opportunity to be heard, before the Court rules or grants approval.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States also requests that the parties serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, through its undersigned counsel. The United States also requests that orders issued by the Court be sent to the undersigned counsel for the United States. The United States reserves its right to order any deposition transcripts.

Finally, the United States requests that, of the papers filed or lodged to date with the Court in this action, only the Complaint, this Notice, and the Court's Order unsealing the action be unsealed and served upon the defendants. All other contents of the Court's file in this action filed or lodged to date should remain under seal and not be made public or served upon the defendants.

A proposed order accompanies this notice.

Dated: August 3, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
MICHAEL D. GRANSTON
DAN ANDERSON
ARTHUR S. DI DIO
Attorneys, Civil Division
United States Department of Justice

_/s/ Donald W. Yoo_

DONALD W. YOO
Assistant United States Attorney
Attorneys for the United States of America

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 3, 2015, I served THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE: UNSEALING on each person or entity named below by e-mail, pursuant to the stipulation between the Relator and the United States of America, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: August 3, 2015. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Michael Armitage, Esq.
Louisa Kirakosian, Esq.
WATERS, KRAUS & PAUL
222 North Sepulveda Blvd., Suite 1900
El Segundo, CA 90245
armitage@waterskraus.com
lkirakosian@waterskraus.com

Robert D. Sherlock, Esq.
EISENBERG, GILCHRIST & CUTT, P.C.
215 South State, Suite 900
Salt Lake City, UT 84111
rsherlock@egclegal.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2015, at Los Angeles, California.

_____
ZENAIDA A. ROSACIA