EISENBERG, GILCHRIST & CUTT, P.C.
Robert D. Sherlock (Utah Bar No. 02942)
(Admitted Pro Hac Vice, rsherlock@egclegal.com
215 South State, Suite 900
Salt Lake City, Utah 84111
PH: 801-366-9100

WATERS, KRAUS & PAUL
Michael Armitage (SBN 152740, armitage@waterskraus.com)
Louisa Kirakosian (SBN 271983, lkirakosian@waterskraus.com)
222 North Sepulveda Boulevard, Suite 1900
El Segundo, California  90245
PH: 310-414-8146
*Attorneys For Plaintiff-Relator DAVID VATAN, M.D.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, *ex rel.* David Vatan, M.D.  Plaintiff-Relator  v.  QTC Medical Services, Inc, et al.,  Defendant. | Case No. CV14-8961-PA (SSx)  **NOTICE OF VOLUNTARY DISMISSAL F.R.C.P. 41(a)(1)(A)(i)**  Judge: Hon. Percy Anderson Place: Courtroom 15 Los Angeles – Spring Street |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO

### F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiff – relator  Dr. David Vatan  and his counsel, hereby give notice that the

Third Claim for Relief in the above- captioned action is voluntarily dismissed, with

1

prejudice against the defendants.  No answer or motion for summary judgment has been filed in this case as described in F.R.C.P. 41(a)(1). Claims for relief pursuant to 31 U.S.C.§ 3729 were previously dismissed by the Court.

Dated : March 7,  2016:

                                      EISENBERG, GILCHRIST & CUTT

                                      _____/s/ _____
                                          *Robert D. Sherlock*

                                          Robert D. Sherlock
                                        Attorney for Plaintiff/Relator
                                          DAVID VATAN, M.D.