JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. DAVID VATAN, M.D.<br><br>Plaintiff-Relator<br><br>v.<br><br>QTC MEDICAL SERVICES, INC., et al.,<br><br>Defendants. | CV 14-8961 PA (SSx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the March 7, 2016 Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i) filed by relator David Vatan ("Relator"), and the Court's February 19, 2016 Minute Order granting defendants QTC Medical Services, Inc. and Lockheed-Martin Corporation's (collectively "Defendants") Motion to Dismiss Relator's Second Amended Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that;

1.     This action is dismissed with prejudice; and

2.     Defendants shall recover their costs of suit.

DATED: March 9, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE