EISENBERG, GILCHRIST & CUTT, P.C.
Robert D. Sherlock (Utah Bar No. 02942)
(Admitted Pro Hac Vice, rsherlock@egclegal.com)
215 South State, Suite 900
Salt Lake City, Utah 84111
PH: 801-366-9100

WATERS, KRAUS & PAUL
Michael Armitage (SBN 152740, armitage@waterskraus.com)
222 North Sepulveda Boulevard, Suite 1900
El Segundo, California  90245
PH: 310-414-8146
*Attorneys For Plaintiff-Relator DAVID VATAN, M.D.*

CROWELL & MORING LLP
Mark R. Troy (CSB No. 120418, mtroy@crowell.com)
Mana Elihu Lombardo (CSB No. 228846, mlombardo@crowell.com)
515 S. Flower St., 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690
*Attorneys for Defendants QTC MEDICAL SERVICES, INC.
and LOCKHEED MARTIN CORPORATION*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br> *ex rel.* David Vatan, M.D. <br>       Plaintiff-Relator <br> v. <br><br> QTC Medical Services, Inc, et al., <br><br>       Defendant. | Case No. CV14-8961-PA (SSx) <br><br> **UNOPPOSED / STIPULATED MOTION TO AMEND SCHEDULING ORDER DATES  (FIRST EXTENSION)** <br> Hearing Date: October 30, 2018 <br> Time: 1:30 PM <br> Judge: Hon. Percy Anderson <br> Place: Courtroom 15 <br> Los Angeles – Spring Street |

The Parties, by and through their attorneys, hereby respectfully move the Court to enter a revised scheduling order modifying the pretrial schedule governing this litigation. As explained in the attached Memorandum, this revision is necessary in order to allow all parties adequate time to complete fact discovery, to use that discovery to properly select and develop expert discovery, and use that information to promote mediation in the case well in advance of the Court's ADR deadline. The parties have agreed to early mediation.

The proposed modified dates are:

1. Expert Designation: *Current: Nov 12, 2018*

   Proposed Amended Date: December 24, 2018

2. Rebuttal Expert Designations: *Current: Dec 3, 2018*

   Proposed Amended Date: January 14, 2019

3. Motion <u>Filing</u> Cut-Off: *Current: December 31, 2018 (Includes MSJ)*

   Proposed Amended Date: February 14, 2019

4. Discovery Cutoff Date: *Current: January 21, 2019*

   Proposed Amended Date: March 4, 2019

5. Motion <u>Hearing</u> Cut-Off Date: *Current: January 28, 2019*

   Proposed Amended Date: March 26, 2019

6. Final Pretrial Conference: *Current: February 25, 2019*

   Proposed Amended Date: April 29, 2019

7. Jury Trial Date: *Current: March 19, 2019, At 9:00 A.M.*

   Proposed Amended Date: May 15, 2019 at 9:00 a.m.

This motion originated with Plaintiffs, and following the conference of counsel pursuant to L.R. 7-3 which commenced on September 25, 2018 and continued through October 3, 2018, Defendants do not oppose the motion and the dates incorporate changes needed to accommodate the defense counsel's commitments.

The parties have actively been pursuing scheduling possible mediators during that same time frame. The parties have agreed to the need to amend the dates as set forth herein. In accordance with the Court's Standing Order, Paragraph 10, the Court's order is necessary. A memorandum in support of this motion and a proposed order accompany this motion.

Respectfully submitted,

Dated: October 16, 2018

                                        EISENBERG, GILCHRIST & CUTT
                                        _____/s/ _____
                                        *Robert D. Sherlock*
                                        Robert D. Sherlock
                                  Attorney for Plaintiff/Relator
                                        DAVID VATAN, M.D.

Dated: October 16, 2018:                  CROWELL & MORING LLP
                                        _____/s/ _____
                                        *Mark R. Troy*
                                        Mark R. Troy
                                        Mana Lombardo
                                      Attorneys for Defendants
                                        QTC MEDICAL
                                        SERVICES, INC. and
                                        LOCKHEED MARTIN
                                        CORPORATION

# CERTIFICATION

I, ROBERT D. SHERLOCK, am an attorney in the law firm of Eisenberg, Gilchrist & Cutt, counsel of record for Relator-Plaintiff David Vatan, M.D. Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: October 16, 2018

                                        EISENBERG, GILCHRIST & CUTT

                                                   _____/s/_____

                                                     *Robert D. Sherlock*

                                                     Robert D. Sherlock
                                                   Attorneys for Plaintiff-Relator
                                                   Dr. David Vatan, M.D.

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Eisenberg, Gilchrist & Cutt. My business address is 215 S. State Street, Suite 900, Salt Lake City, Utah 84111. I am over the age of eighteen years and not a party to the above-titled action.

I certify that on October 16, 2018, I served the foregoing document(s):

**Unopposed / Stipulated Motion to Amend Scheduling Order Dates**

The document was served by e-mail to counsel, as agreed in writing by the Parties.

**Electronic Mail Notice List**

Michael L. Armitage  --Armitage@waterskraus.com

Megan A. Maitia - maitia@crowell.com

Mark Troy  -- mtroy@crowell.com

Mana Elihu Lombardo - MeLombardo@crowell.com

**Manual Notice List**

Donald W. Yoo, Assistant U.S. Attorney
United States Attorney's Office, Central District of California
Federal Building, Suite 7516
300 N. Los Angeles Street
Los Angeles, California 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 16, 2018

*s/ Robert D. Sherlock*

Robert D. Sherlock