EISENBERG, GILCHRIST & CUTT, P.C.
Robert D. Sherlock (Utah Bar No. 02942)
(Admitted Pro Hac Vice, rsherlock@egclegal.com)
215 South State, Suite 900
Salt Lake City, Utah 84111
PH: 801-366-9100

WATERS, KRAUS & PAUL
Michael Armitage (SBN 152740, armitage@waterskraus.com)
222 North Sepulveda Boulevard, Suite 1900
El Segundo, California 90245
PH: 310-414-8146
*Attorneys For Plaintiff-Relator DAVID VATAN, M.D.*

CROWELL & MORING LLP
Mark R. Troy (CSB No. 120418, mtroy@crowell.com)
Mana Elihu Lombardo (CSB No. 228846, mlombardo@crowell.com)
515 S. Flower St., 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690
*Attorneys for Defendants QTC MEDICAL SERVICES, INC.
and LOCKHEED MARTIN CORPORATION*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, *ex rel.* David Vatan, M.D. <br> Plaintiff-Relator <br> v. <br> QTC Medical Services, Inc, et al., <br> Defendant. | Case No. CV14-8961-PA (SSx) <br> ORDER DENYING <br> **[PROPOSED] ORDER RE: JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER DATES (FIRST EXTENSION)** <br> Hearing Date: October 30, 2018 <br> Time: 1:30 PM <br> Judge: Hon. Percy Anderson <br> Place: Courtroom 15 <br> Los Angeles – Spring Street |

The Court, having considered Plaintiff/Relator David Vatan, M.D. ("Relator') and Defendants QTC Medical Services, Inc. and Lockheed Martin Corporation's ("Defendants") Unopposed / Stipulated Motion to Amend Scheduling Order Dates, and good cause having been shown:

IT IS HEREBY ORDERED THAT:

The Court's Scheduling Order of April 5, 2018 (ECF #53) is amended to establish the following dates:

1. Expert Designation:  Amended  Date:  December 24, 2018

2. Rebuttal Expert Designations:  Amended Date :  January 14, 2019

3. Motion  Filing  Cut-Off: Amended Date :  February 14, 2019

4. Discovery Cutoff:  Amended Date: March 4, 2019

5. Motion Hearing Cut-Off:  Amended Date :  March 26, 2019

6. Final Pretrial Conference:  Amended Date :  April 29, 2019

7. Jury Trial Date:  May 15, 2019 at 9:00 a.m.


IT IS SO ORDERED.

Dated: October ___, 2018

**DENIED**
BY ORDER OF
_[signature]_
UNITED STATES DISTRICT JUDGE
10/16/18

_____
***
Hon. Percy Anderson
United States District Court Judge

***Denied without prejudice to the submitting another stipulation extending the deadlines for fact and expert discovery.