1

2  EISENBERG, GILCHRIST & CUTT, P.C.
   Robert D. Sherlock (Utah Bar No. 02942)
3  (Admitted Pro Hac Vice, rsherlock@egclegal.com)
   215 South State, Suite 900
4  Salt Lake City, Utah 84111
5  PH: 801-366-9100

6  WATERS, KRAUS & PAUL
   Michael Armitage (SBN 152740, armitage@waterskraus.com)
7  222 North Sepulveda Boulevard, Suite 1900
8  El Segundo, California  90245
   PH: 310-414-8146
9  *Attorneys For Plaintiff-Relator DAVID VATAN, M.D.*
10

11 CROWELL & MORING LLP
   Mark R. Troy (CSB No. 120418, mtroy@crowell.com)
12 Mana Elihu Lombardo (CSB No. 228846, melombardo@crowell.com)
   515 S. Flower St., 40th Floor
13 Los Angeles, California 90071
14 Telephone: 213.622.4750
   Facsimile: 213.622.2690
15 *Attorneys for Defendants QTC MEDICAL SERVICES, INC.*
16 *and LOCKHEED MARTIN CORPORATION*

17
              **UNITED STATES DISTRICT COURT**
18             **CENTRAL DISTRICT OF CALIFORNIA**

19                                          Case No. CV14-8961-PA (SSx)
20 United States of America,              )
   *ex  rel*. David Vatan, M.D.            )   **UNOPPOSED / STIPULATED MOTION**
21                                          )   **TO  EXPERT DESIGNATION AND**
                    Plaintiff-Relator       )   **DISCOVERY CUTOFF DATES**
22         v.                               )   **(FIRST EXTENSION)**
23                                          )
   QTC Medical Services, Inc, et al.,      )
24                                          )   Hearing Date: November 5, 2018
                                            )   Time: 1:30 PM
25              Defendant.                  )   Judge: Hon. Percy Anderson
26                                              Place: Courtroom 9A
                                                Los Angeles – First Street
27
   ────────────────────────────
28

The Parties, by and through their attorneys, hereby respectfully move the Court to enter a revised scheduling order modifying the pretrial schedule governing this litigation.  As explained in the attached Memorandum, this revision is necessary in order to allow all parties adequate time to complete fact discovery, to use that discovery to properly select and develop expert discovery, and use that information to promote mediation in the case well in advance of the Court's ADR deadline. The parties have agreed to early mediation.

The proposed modified dates are:

1. Expert Designation:  *Current:  Nov 12, 2018*

Proposed Amended  Date:  December 24, 2018

2  Rebuttal Expert Designations:  *Current: Dec 3, 2018*

Proposed Amended Date :  January 21, 2019

3. Discovery Cutoff  Date: *Current :  January 21 , 2019*

Proposed Amended Date :  February 25, 2019

This motion originated with Plaintiffs, and following the conference of counsel pursuant to L.R. 7-3 which commenced on September 25, 2018 and continued through October 3, 2018, Defendants do not oppose the motion.  The parties have actively been pursuing scheduling possible mediators during that same time frame.  The parties have agreed to the need to amend the dates as set forth herein. In accordance with the Court's Standing Order, Paragraph 10, the Court's order is necessary.  A memorandum in support of this motion and a proposed order accompany this motion.

Unopposed / Stipulated Motion
Amend Expert Designation and Discovery

1

Respectfully submitted,

2

3 | Dated: October 24,  2018

4

5

EISENBERG, GILCHRIST & CUTT
_____/s/ _____

6

*Robert D. Sherlock*
Robert D. Sherlock

7

Attorney for Plaintiff/Relator

8

DAVID VATAN, M.D.

9

10

CROWELL & MORING LLP

11 | Dated: October 24,  2018:

_____/s/ _____

12

*Mark R. Troy*

13

Mark R. Troy
Mana Lombardo

14

Attorneys for Defendants
QTC MEDICAL

15

SERVICES, INC. and

16

LOCKHEED MARTIN
CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

Unopposed / Stipulated Motion
Amend Expert Designation and Discovery

1
2

**CERTIFICATION**

3   I, ROBERT D. SHERLOCK, am an attorney in the law firm of Eisenberg,

4   Gilchrist & Cutt, counsel of record for Relator-Plaintiff David Vatan, M.D. Under

5   C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories on

6   whose behalf this filing is submitted concur in the filing's content and have

7   authorized the filing.

8

9   Dated: October 24,  2018

10

11                                    EISENBERG, GILCHRIST& CUTT

12                                    _____/s/_____

13                                    *Robert D. Sherlock*

14
                                      Robert D. Sherlock
15                                    Attorneys for Plaintiff-Relator
                                      Dr. David Vatan, M.D.
16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Eisenberg, Gilchrist & Cutt.  My business address is 215 S. State Street, Suite 900, Salt Lake City, Utah  84111.  I am over the age of eighteen years and not a party to the above-titled action.

I certify that on October  24, 2018,  I served the foregoing document(s):

**Unopposed / Stipulated Motion to Amend Scheduling Order Dates**


The document was served by e-mail to counsel, through the Court's ECF system, to the following  Parties and Notice Parties. All such parties are on the Court's ECF notice system:

**Electronic Mail Notice List**

Michael L. Armitage  --Armitage@waterskraus.com

Mark Troy  -- mtroy@crowell.com

Mana Elihu Lombardo - MeLombardo@crowell.com

Donald W. Yoo, Assistant U.S. Attorney, zenaida.rosacia@usdoj.gov,
        caseview.ecf@usdoj.gov, donald.yoo@usdoj.gov, usacac.civil@usdoj.gov


I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Dated: October , 2018

*s/ Robert D. Sherlock*

Robert D. Sherlock

Unopposed / Stipulated Motion
Amend Expert Designation and Discovery