EISENBERG, GILCHRIST & CUTT, P.C.
Robert D. Sherlock (Utah Bar No. 02942)
(Admitted Pro Hac Vice, rsherlock@egclegal.com)
215 South State, Suite 900
Salt Lake City, Utah 84111
PH: 801-366-9100

WATERS, KRAUS & PAUL
Michael Armitage (SBN 152740, armitage@waterskraus.com)
222 North Sepulveda Boulevard, Suite 1900
El Segundo, California 90245
PH: 310-414-8146
*Attorneys For Plaintiff-Relator DAVID VATAN, M.D.*

CROWELL & MORING LLP
Mark R. Troy (CSB No. 120418, mtroy@crowell.com)
Mana Elihu Lombardo (CSB No. 228846, melombardo@crowell.com)
515 S. Flower St., 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690
*Attorneys for Defendants QTC MEDICAL SERVICES, INC. and LOCKHEED MARTIN CORPORATION*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>*ex rel.* David Vatan, M.D.<br>    Plaintiff-Relator<br>v.<br>QTC Medical Services, Inc, et al.,<br>    Defendant. | Case No. CV14-8961-PA (SSx)<br><br>**ORDER RE: UNOPPOSED / STIPULATED MOTION TO EXPERT DESIGNATION AND DISCOVERY CUTOFF DATES**<br>**(FIRST EXTENSION)**<br><br>Hearing Date: November 5, 2018<br>Time: 1:30 PM<br>Judge: Hon. Percy Anderson<br>Place: Courtroom 9A<br>Los Angeles – First Street |

The Court, having considered Plaintiff/Relator David Vatan, M.D. ("Relator') and Defendants QTC Medical Services, Inc. and Lockheed Martin Corporation's ("Defendants") Unopposed / Stipulated Motion to Amend Scheduling Order Dates, and good cause having been shown:

IT IS HEREBY ORDERED THAT:

The Court's Scheduling Order of April 5, 2018 (ECF #53) is amended to establish the following dates:

1. Expert Designation:  Amended  Date:  December 24, 2018
2. Rebuttal Expert Designations:  Amended Date :  January 21, 2019
3. Discovery Cutoff:  Amended Date: February 25, 2019

DATED:  October 25, 2018

_____
Percy Anderson
United States District Judge