1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA *ex rel.* DAVID VATAN,<br><br>13            Plaintiff-Relator,<br><br>14    v.<br><br>15 QTC MEDICAL SERVICES, INC., et al.,<br><br>16            Defendants.<br><br>17 | Case No. CV 14-8961 PA (SSx)<br><br>JUDGMENT |

18          In accordance with the March 7, 2016 Notice of Voluntary Dismissal filed by relator

19  David Vatan ("Relator") and the Court's February 12, 2019 minute order granting the

20  Motion for Summary Judgment or, in the Alternative, Summary Adjudication filed by

21  defendants QTC Medical Services, Inc. and Lockheed Martin Corporation (collectively,

22  "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

23          1.      Judgment is entered in favor of Defendants and against Relator;

24          2.      Relator shall take nothing; and

25          3.      Defendants shall have their costs of suit.

26  DATED: February 12, 2019

27          _____

28          Percy Anderson
            UNITED STATES DISTRICT JUDGE